UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                MDL No. 2741

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −153)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 1,645 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 25, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: /s/
Deputy Clerk
Date: September 25, 2019

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                    MDL No. 2741

### SCHEDULE CTO−153 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **COLORADO** | | | |
| CO | 1 | 19−02356 | Bishelli v. Monsanto Company |
| **DISTRICT OF COLUMBIA** | | | |
| DC | 1 | 19−02498 | SCOTT et al v. MONSANTO COMPANY |
| **ILLINOIS NORTHERN** | | | |
| ~~ILN~~ | ~~1~~ | ~~19−06040~~ | ~~Rawson v. Bayer Corporation et al~~  Opposed 9/17/19 |
| **IOWA SOUTHERN** | | | |
| IAS | 1 | 19−00022 | Carlson v. Monsanto Company |
| **MARYLAND** | | | |
| MD | 1 | 19−02229 | McAllister v. Monsanto Company |
| MD | 1 | 19−02496 | Kennedy et al v. Monsanto Company |
| **MINNESOTA** | | | |
| MN | 0 | 19−02515 | Schmidt, Jr. v. Monsanto Company |
| MN | 0 | 19−02516 | Henry, Jr. v. Monsanto Company |
| MN | 0 | 19−02518 | O'Neill v. Monsanto Company |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 19−02483 | Avery et al v. Monsanto Company |
| **NORTH DAKOTA** | | | |
| ND | 3 | 19−00191 | Ista et al v. Monsanto Company |
| ND | 3 | 19−00192 | Oster et al v. Monsanto Company |
| ND | 3 | 19−00193 | Vandrovec et al v. Monsanto Company |

OHIO SOUTHERN

   OHS      2      19−03744      Moore et al v. Monsanto Company

PENNSYLVANIA MIDDLE

   PAM      1      19−01238      Troutman et al v. Monsanto Company